3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

WEIHENG ZENG,

Defendant.

_______________________________/

C
H

Case: 2:26-cr-20754
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 11/5/2026
Description: INDI USA V. ZENG (CC)

Violation: 18 U.S.C. § 1001(a)(2)

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

18 U.S.C. § 1001(a)(2)
*False Statement or Representation Made to a Department or Agency of the United States*

On or about August 23, 2026, in the Eastern District of Michigan, the defendant, Weiheng Zeng, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by asserting to agents of the Department of Homeland Security, Customs and Border Protection, at the Detroit Ambassador Bridge port of entry, that he had entered the United States via that port of entry and trespassed on FedEx property at O'Hare International Airport in April 2026 to engage in hobby photography. The

statements and representations were false because, as Zeng then and there knew, he had entered the United States and trespassed on the FedEx property to take photographs not for hobby purposes, but at the direction of a person whom Zeng believed to be a People's Republic of China government official.

In violation of Title 18, United States Code, Section 1001.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

JEROME F. GORGON JR.
United States Attorney

*s/ Douglas C. Salzenstein*
DOUGLAS C. SALZENSTEIN
Chief, National Security Unit
Assistant United States Attorney

*s/ Alyse Wu*
ALYSE WU
Assistant United States Attorney

*/s Nhan Ho*
NHAN HO
Assistant United States Attorney

Dated: November 5, 2026

Case: 2:26−cr−20754
Assigned To : Grey, Jonathan J.C.
Referral Judge: Grand, David R.
Assign. Date : 11/5/2026
Description: INDI USA V. ZENG (CC)

| United States District Court Eastern District of Michigan | Criminal Case Cover |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** AW |

**Case Title:** USA v. Weiheng Zeng

**County where offense occurred :** Wayne

**Check One:** ☒ **Felony** ☐ **Misdemeanor** ☐ **Petty**

____Indictment/____Information --- **no** prior complaint.
__✓_Indictment/____Information --- based upon prior complaint [**Case number:** 26-mj-30513 ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ____________________ **Judge:** ____________________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

November 5, 2026
Date

Alyse Wu
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-0589
Fax: 313-226-2311
E-Mail address: Alyse.Wu@usdoj.gov
Attorney Bar #: P86553

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.